| | |
|---|---|
| Appellate Docket Number: | 6-15-00058-CR |
| Appellate Case Style: Style: | William Robert Parker ~~Trial~~ Court #~~FILED~~ N3.122 |
| Vs. | State of Texas |

The Court of Appeals
Sixth District

RECEIVED IN
The Court of Appeals
Sixth District

APR 2 9 2015

APR 2 9 2015

Texarkana, Texas

Texarkana, Texas  Debra K. Autrey, Clerk
Debra Autrey, Clerk

| | |
|---|---|
| Companion Case: | |
| Amended/corrected statement: ☐ | |

## DOCKETING STATEMENT (Criminal)

Appellate Court: [ ]

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

### I. Appellant

| | |
|---|---|
| First Name: | William |
| Middle Name: | Robert |
| Last Name: | Parker |
| Suffix: | ProSAy |
| Appellant Incarcerated? | ☑ Yes ☐ No |
| Amount of Bond: | None |
| Pro Se: | ☑ |

### II. Appellant Attorney(s)

☐ Lead Attorney  ProSAy

| | |
|---|---|
| First Name: | William i |
| Middle Name: | Robert |
| Last Name: | Parker |
| Suffix: | ProSAy |

☐ Appointed          ☐ District/County Attorney
☐ Retained           ☐ Public Defender

| | |
|---|---|
| Firm Name: | |
| Address 1: | |
| Address 2: | |
| City: | |
| State: | Texas  Zip+4: |
| Telephone: |  ext. |
| Fax: | |
| Email: | |
| SBN: | |

Add Another Appellant/
Attorney

## III. Appellee

First Name: William

Middle Name: Robert

Last Name: Parker

Suffix: Pro Say

Appellee Incarcerated? ☑ Yes ☐ No

Amount of Bond: None

Pro Se: ☑

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: William

Middle Name: Robert

Last Name: Parker

Suffix: Pro Say

☐ Appointed ☐ District/County Attorney

☐ Retained ☐ Public Defender    None

Firm Name:

Address 1: #325353 Powledge Unit

Address 2:

City: Palestine

State: Texas    Zip+4: 75803

Telephone: None    ext. None

Fax: None

Email: None

SBN: None

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Criminal

Type of Judgment: U.K. Criminal

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: March 18, 2015

Offense charged: Murder

Date of offense: 10-25-1980

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☑ No

Was the trial by: ☑ jury or ☐ non-jury?

Date notice of appeal filed in trial court: April 16, 2015

If mailed to the trial court clerk, also give the date mailed: April 16, 2015

Punishment assessed: Life

Is the appeal from a pre-trial order? ☐ Yes ☑ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☑ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☑ Yes ☐ No    If yes, date filed: Hearing March 18, 2015

Motion in Arrest of Judgment: ☐ Yes ☑ No    If yes, date filed:

Other: ☐ Yes ☑ No    If yes, date filed:

If other, please specify: Second out of Time Motion For New Trial Hearing March 18, 2015

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☑ Yes ☐ No ☐ NA    If yes, date filed: March 18, 2015

Date of hearing: March 17, 2015 ☐ NA

Date of order: March 18, 2015 ☐ NA

Ruling on motion: ☐ Granted ☑ Denied ☐ NA    If granted or denied, date of ruling: March 18, 2015

## VIII. Trial Court And Record

Court: 123nd Judicial District Court

County: PANOLA County

Trial Court Docket Number (Cause no): 13,122

Trial Court Judge (who tried or disposed of the case):
Honorable Judge Caloon

First Name:

Middle Name:

Last Name: Caloon

Suffix:

Address 1: 3rd Judicial Dist Court

Address 2:

City: Palestine

State: Texas    Zip + 4: 75803

Telephone: U.R.    ext. U.R

Fax: U.R

Email: U.R

Clerk's Record:

Trial Court Clerk: ☑ District  ☐ County

Was clerk's record requested?  ☐ Yes  ☑ No

If yes, date requested:

If no, date it will be requested: Yes

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☑ Indigent

The Honorale Judge
Calhoon was Visting
Judge

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☑ Yes  ☐ No

Was reporter's record requested?  ☐ Yes  ☐ No  U.K.

Was the reporter's record electronically recorded?  ☐ Yes  ☐ No  U. K.

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes  ☐ No  ☑ Indigent

---

☐ Court Reporter        ☐ Court Recorder
☐ Official              ☐ Substitute

First Name:

Middle Name:

Last Name:

Suffix:

Address 1: Court House

Address 2: 110 S. Scycamore St

City: Cartate

State: Texas    Zip + 4: 75633

Telephone:    ext.

Fax:

Email:

I'm not aware of
the Court Reporters
Name

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [ 13,122 ]   Court: [ Panola ]

Style: [ William Robert Parker Through Attorney Dick- -DeGuerin 1984 ]

Vs. [ State of Texas ]

## X. Signature

_William Robert Parker_

Signature of counsel (or Pro Se Party)    Date: [ 4-27-2015 ]

William Robert Parker
Printed Name:                              State Bar No: [ None ]

Electronic Signature: [                 ]   Name: [              ]
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on [              ] .

Signature of counsel (or pro se party)    Electronic Signature: [              ]
                                              (Optional)

                                          State Bar No.: [              ]

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: [                    ]

Manner Served: [                    ]

First Name: [                                        ]

Middle Name: [                                        ]

Last Name: [                                        ]

Suffix: [            ]

Law Firm Name: [                                        ]

Address 1: [                                        ]

Address 2: [                                        ]

City: [                                        ]

State    [Texas                    ]    Zip+4: [                    ]

Telephone: [                    ] ext. [            ]

Fax: [                    ]

Email: [                                        ]